**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JOSEPH JAMES TAYLOR, | : No. 134 EM 2018 |
| Petitioner | : |
| v. | : |
| POICKELL [SIC], EXECUTIVE SECRETARY, TOM WOLFE, GOVERNER [SIC], JOHN E. WETZEL, SECRETARY, TAMMY FERGUSON, SUPERINTENDENT, | : |
| Respondents | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2019, the Petition for Leave to File an Appeal *Nunc Pro Tunc* is DENIED.